BEFORE THE SECOND DIVISION, JULY 2, 1968

**No. P68/306.**—N. Erlanger Blumgart & Co., Inc. v. United States, protests 64/11908, etc. (New York).

**No. P68/307.**—N. Erlanger Blumgart & Co., Inc. v. United States, protests 65/19068, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of quality VV9 and 430 heavyweight cotton suede cloth weighing 11 ounces or over per square yard similar in all material respects to that the subject of *N. Erlanger Blumgart & Co., Inc.* v. *United States* (59 Cust. Ct. 121, C. D. 3092), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 3, 1968

**No. P68/308.**—N. Erlanger Blumgart & Co., Inc., v. United States, protests 63/18426, etc. (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cotton suede cloth, 11 ounces or over per square yard, similar in all material respects to that the subject of *N. Erlanger Blumgart & Co., Inc.* v. *United States* (59 Cust. Ct. 121, C.D. 3092), the claim of the plaintiff was sustained.